**Order filed July 2, 2013**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-13-00270-CV
_____

**JOSEPH WHITE, Appellant**

**V.**

**TANISHA BURR, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1013015**

---

### ORDER

Appellant's brief was due **June 5, 2013.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **August 1, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM